IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:12-CR-054-L |
| | § | |
| JACQUES ROY, M.D.(1) | § | **Filed Ex Parte and Under Seal** |
| CYNTHIA STIGER (2) | § | |
| WILBERT JAMES VEASEY, JR. (3) | § | |
| PATRICIA AKAMNONU, R.N. (5) | § | |
| TERI SIVILS (6) | § | |
| CHARITY ELEDA, R.N. (7) | § | |

# **ORDER**

Before the court is Defendants' Joint Memorandum Detailing Status of Discovery and Request for Ex Parte Budgeting Status Conference, filed September 23, 2013. The court has been apprised of some of the budgetary concerns in this case through this memorandum and through the joint motion for continuance and the joint agreed motion to extend time to file motions. Moreover, the court has continued the trial in this case to **June 23, 2014**. For these reasons, the court does not believe a budget status conference is necessary at this time. The court believes a status conference, if necessary, would be more beneficial after all budgetary motions were resolved. Once all budget motions have been resolved, counsel may re-urge their request for an ex parte budget status conference, if necessary. Accordingly, the court **denies** Defendants' Joint Request for Ex Parte Budgeting Status Conference.

**It is so ordered** this 27th day of September, 2013.

_____
Sam A. Lindsay
United States District Judge