IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:12-CR-054-L |
| | § | |
| | § | **FILED EX PARTE AND UNDER SEAL** |
| CYNTHIA STIGER (2), | § | |
| WILBERT JAMES VEASEY, JR. (3) | § | |
| | § | |

## EX PARTE ORDER AUTHORIZING PAYMENT FOR INVESTIGATIVE, EXPERT, AND OTHER SERVICES

Before the court is Defendants Stiger's and Veasey's amended *ex parte* motion for pre-authorization of payment for services other than counsel, filed October 10, 2013. Upon consideration of the motion and extended consultation with counsel, the court determines that the motion should be and is hereby **granted, subject to the approval of the Chief of the Circuit or his designee.**

The following funds are certified as reasonably necessary to provide fair compensation for services of unusual character or duration in this extended and complex case:

Defendant Stiger:

| | | |
|---|---|---|
| **Paralegal** (Julia Gramada) | $40/hour | $ 35,200 |
| **Fact Investigator** (Michael Popovici) | $55/hour | $ 14,355 |
| **Out-of-pocket Expenses** | | $  5,000 |

Shared by Defendant's Stiger and Veasey

| | | |
|---|---|---|
| **Medical Document Reviewer** (Michael Atchley, M.D.) | $90/hour | $ 27,000 |
| **Medical Billing Expert** (Kimberly Kelly-Maden, R.N.) | $150/hour | $ 50,000 |
| | | $131,555 |

Ex parte Order Authorizing Payment
for Services Other than Counsel
Page 1

It is appointed counsels' sole responsibility to monitor the costs and expenses of their experts and service providers.   No funds will be paid beyond the authorized amount absent prior authorization by the court and approval by the Chief of the Circuit, or good cause shown for failure to obtain authorization in advance of incurring the costs.

Out-of-pocket expenses reasonably incurred may be claimed and must be itemized and reasonably documented.   *See* Admin. Office of the U.S. Courts, *Guide to Judiciary Policy*, Vol. 7, Pt. A, § 320.80.10 (expenses of persons furnishing investigative, expert, or other services) ("Guide"); *see also Guide*, §§ 230.63 (reimbursable expenses), 230.66 (non-reimbursable expenses).   Witness fees, travel costs, and expenses for service of subpoenas on fact witnesses are not payable out of the CJA appropriation but are governed by Federal Rule of Criminal Procedure 17 and 28 U.S.C. § 1825. *Guide*, § 230.66.50.   Interim vouchers are permitted.

Counsel for Stiger has previously submitted to the court two vouchers for paralegal services (totaling $2,950) and two vouchers for the medical document reviewer (totaling $4,000).   These as yet unpaid amounts are included in this authorization.

The court authorizes payment of **$131,555** for the foregoing service providers.   The *Ex Parte* Motion for Pre-authorization of Payment for Services Other than Counsel filed by Defendant Stiger on September 15, 2013 (docket entry no. 233) is **denied as moot.**

**It is so ordered** this 16th day of October, 2013.

Sam A. Lindsay
United States District Judge

APPROVED:

Date:_____    _____
                                   Chief Judge, United States Court of Appeals for the
                                   Fifth Circuit, or Designee Circuit Judge

Ex parte Order Authorizing Payment
for Services Other than Counsel
Page 3