IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal No. 3:12-CR-054-L |
| | § | |
| CYNTHIA STIGER (02), | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Defendant Cynthia Stiger's Motion to Travel, filed February 20, 2015. The government and pretrial are unopposed. After carefully considering the motion, the court **grants** the motion. Accordingly, the Defendant may travel to Las Vegas, Nevada, for a business trip, **Sunday, March 22, 2015**, returning to Dallas, Texas, on **Friday, March 27, 2015**.

**It is so ordered** this 25th day of February, 2015.

Sam A. Lindsay
United States District Judge