IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:12-CR-054-L |
| | § | |
| JACQUES ROY, M.D.(1) | § | |
| CYNTHIA STIGER (2) | § | **Filed Ex Parte and Under Seal** |
| WILBERT JAMES VEASEY, JR. (3) | § | |
| CHARITY ELEDA, R.N. (7) | § | |

# ORDER

The court sets Defendants' Ex Parte Motion for Show Cause (Doc. 578) for hearing on **December 3, 2015, at 10:00 a.m.**, and **orders** CMS, or an agent or representative of CMS, to appear in person and show cause why it should not be sanctioned for its alleged failure to comply the court's order (Doc. 537) dated May 21, 2015.  The court **further orders** counsel, or a representative for counsel, for each of the above listed Defendants to be present for this hearing.  The clerk of court **shall** mail a copy of this order to the United States Department of Health and Human Services Centers for Medicare and Medicaid Services at the following addresses:

    Office of General Counsel
    200 Independence Ave., S.W.
    Washington, D.C. 20201

    Office of General Counsel, Region VI - Dallas
    1301 Young Street, Suite 1138
    Dallas, Texas 75202

In addition, the clerk **shall** provide a copy of this order to Ms. Nigel F. Gant, Assistant Regional Counsel for the United States Department of Health and Human Services at

Nigel.Gant@HHS.GOV; and Mr. Stephen Fahey, who is representing the Department of Health and Human Services, at Steve.P.Fahey@USDOJ.GOV.

**The clerk of court shall file this order ex parte and under seal, and it shall on be served *only* on counsel for each of the above listed Defendants, Ms. Nigel F. Gant, and Mr. Stephen Fahey.**

**It is so ordered** this 13th day of November, 2015.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge