IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. 3:12-CR-054-L |
| JACQUES ROY, ET AL. | |

DEFENDANT CYNTHIA STIGER'S WITNESS LIST

Defendant, Cynthia Stiger, by and through the United States Attorney for the Northern District of Texas, files this her Witness List in this case as follows:

- **Witnesses LVN/RN that will testify about medical necessity**

1. **Marilyn Thompson( LVN/RN)**

| Primary Address | Phone number |
|---|---|
| 3410 Tulip Lane, Rowlett, TX 75089 | 214-440-2894 |

2. **Sheneriqua Jones (LVN)**

| Primary Address | Phone number |
|---|---|
| 4621 Egret Street, Mesquite, TX 75181 | 214-774-9704 |

3. **Patricia Ochieng ( RN)**

| Primary Address | Phone number |
|---|---|
| 116 Highland Village Dr., Mesquite, TX 75149 | 214-721-5008 |

4. **Gail Knox( RN)**

| Primary Address | Phone number |
|---|---|
| 820 Ingleside Drive, Plano, TX 75075 | 469-939-7216 |
| | |

5. **Pamela Pryor(RN)**

| Primary Address | Phone number |
|---|---|
| 6100 Silkcrest Trail, Arlington, TX 76017 | 817-228-0067 |

6. **Sharon Jackson( LVN)**

| Primary Address | Phone number |
|---|---|
|  |  |

7. **Tara Christy-Martin ( RN)**

| Primary Address | Phone number |
|---|---|
| 1216 Garden Laurel Dr., Murphy, TX 75094 | 972-881-8360 |

8. **Ammie Holmes ( LVN)**

| Primary Address | Phone number |
|---|---|
| 7467 Fallen Trail, Fort Worth, TX 76123 | 817-423-0841 |

- **Witnesses who will testify as to Apple way of doing business**

1. **Cesar Contreras ( Administrator)**

| Primary Address | Phone number |
|---|---|
| 2901 Abston Drive, Mesquite, Texas 75150 | 972-814-1450 |

2. **Jacquie Ibarra**

| Primary Address | Phone number |
|---|---|
| 3502 Jennifer Lane, Rowlett, Texas 75088 | 214-621-6999 |

3. **Kate Hollard ( Consultant/ Interim DON)**

| Primary Address | Phone number |
|---|---|
| **Manor , TX 78653** | **512-695-3541** |

- **Character Witnesses for Cynthia Stiger**

   1. **Melvin Brown (co-worker in the past): ph: 817-875-0094**
   2. **Christopher Mitchell Jr. (pastor ): ph: 757-701-0688**
   3. **Eddie Hill (pastor): ph: 903-278-9386**
   4. **Dr. Gosby King: ph: 214-240-9592**
   5. **Nicole Smith**
   6. **Dr. Shirley King**