IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO.  3:12-CR-054-L |
| JACQUES ROY, ET AL. | |

## DEFENDANT CYNTHIA STIGER'S EXHIBIT LIST

Defendant, Cynthia Stiger, by and through Counsel, files this her Exhibit List in this case

by adopting the Government's Exhibits indicated by Attachment A:

> */s/ Jeffrey C. Grass*
> Jeffrey C. Grass
> Attorney for Cynthia Stiger

**ATTACHMENT "A"**

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---------|-------------|---------|----------|
| 38 | Notes about James Veasey and Cynthia Stiger | | |
| 39 | Notes entitled "How to Bill 485s" | | |
| 40 | HomeCare Charges list | | |
| 41 | Medicare Reimbursement Analysis | | |
| 51 | Folder entitled "Apple Reimbursement" and handwritten letters | | |
| 52 | Folder entitled "Dr. Roy Apple Contracts-New Patients" | | |
| 82 | Blank forms – Charry (OASIS Patient Assessment, OASIS Tracking Sheet, Recertification, Nursing Clinical Progress Note, SN Clinical Progress Note, Physician's Telephone/Verbal Order, Referral/Intake Form) | | |
| ADDITIONAL CHARRY DOCUMENTS | | | |
| 83 | Lufthansa Air flight records for Charity Eleda on February 7-17, 2011 | | |
| 84 | U.S. Customs and Border Protection records for Charity Eleda on February 7 and 17, 2011 | | |
| APPLE OF YOUR EYE HEALTH CARE SERVICES, INC. ("APPLE") OFFICE SEARCH | | | |
| 85 | Apple office – Search photos | | |
| 86 | Apple office – Search photo log | | |
| 87 | Apple office – Search sketch | | |
| 88 | Apple office – Search inventory | | |
| 89 | Blank forms – Apple (Referral/Intake Screening Form, Physician Orders, Referral for Home Health Evaluation, ) | | |
| 90 | Cynthia Stiger resumes (2005 and 2006 update) | | |
| 91 | Cynthia Stiger letter to James Veasey dated October 25, 2011 | | |
| 92 | Apple Employee Contact Lists | | |
| 93 | Apple patient referrals for 2008 and 2011 | | |
| 94 | Wilbert Veasey Employment Application dated September 19, 2011 | | |
| 95 | Wesley Stiger Employee Data File | | |

| | | | |
|---|---|---|---|
| 96 | Homebound, or Not? Quiz and Apple Homebound Status Checklist | | |
| 97 | Open leads/referrals folder | | |
| 98 | New employee handout on agency compliance with HIPAA | | |
| 99 | Medicare Benefit Policy Manual / Chapter 7 – Home Health Services | | |
| 100 | Apple faxes to Dr. Roy | | |
| 101 | Apple Board of Directors Meeting Minutes for August-September 2011 | | |
| CYNTHIA STIGER PHONE DOWNLOAD | | | |
| 102 | Text message from James Veasey to Cynthia Stiger on August 12, 2011 | | |
| 103 | Text messages between Jacques Roy, James Veasey, and Cynthia Stiger on September 5, 2011 | | |
| ADDITIONAL APPLE DOCUMENTS | | | |
| 104 | Apple Medicare Referral Log dated April-June 2010 | | |
| 105 | Brittany Anderson - Spreadsheet of beneficiaries with eligibility, recruiters, and referral info dated July 14, 2010, September 15, 2011, and September 19, 2011 | | |
| APPLE STORAGE UNIT SEARCH | | | |
| 106 | Apple storage unit – Search photos | | |
| 107 | Apple storage unit – Search inventory | | |
| NAMED BENEFICIARY FILES – PATIENT, PCP, DART, OTHER MISC. | | | |
| 133 | Daisy Turner – Medistat patient file | | |
| 134 | Daisy Turner – Medistat electronic patient file | | |
| 135 | Daisy Turner – Apple home health file | | |
| 136 | Daisy Turner – Apple home health binder | | |
| 137 | Daisy Turner – Parkland Health & Hospital System ("Parkland") medical records | | |
| 138 | Daisy Turner – Dallas Area Rapid Transit ("DART") records | | |
| 139 | Charles Beck – Medistat patient file | | |
| 140 | Charles Beck – Medistat electronic patient file | | |

| 141 | Charles Beck – Apple home health file | | |
|---|---|---|---|
| 142 | Charles Beck – Parkland/Bluitt-Flowers Health Center ("Bluitt-Flowers") medical records | | |
| 143 | Cora Beck – Medistat patient file | | |
| 144 | Cora Beck – Medistat electronic patient file | | |
| 145 | Cora Beck – Apple home health file | | |
| 146 | Cora Beck – Bluitt-Flowers medical records | | |
| 204 | Charles Beck – Video Surveillance on March 22, 2013 | | Disc |
| TEXAS SECRETARY OF STATE CORPORATE DOCUMENTS | | | |
| 209 | Apple of Your Eye Inc – Articles of Incorporation (February 22, 2005) and Certificate of Amendment (August 4, 2011) | | |
| BACKGROUND ON MEDICARE | | | |
| 221 | Demonstrative[1] – Medicare Parts A-D | | |
| 222 | Demonstrative - Medicare Home Health – 5 Requirements | | |
| 223 | Demonstrative - Medicare Definitions | | |
| 224 | Demonstrative – Home Health Agencies in the Dallas Fort Worth Region 2004-2011 | | |
| 225 | Medicare Benefit Policy Manual – Chapter 7 | | |
| 226 | 2005 CPT Code manual | | |
| 227 | 2006 CPT Code manual | | |
| 228 | 2007 CPT Code manual | | |
| 229 | 2008 CPT Code manual | | |
| 230 | 2009 CPT Code manual | | |
| 231 | 2010 CPT Code manual | | |
| 232 | 2011 CPT Code manual | | |
| 233 | 2005 HCPCS manual | | |
| 234 | 2006 HCPCS manual | | |
| 235 | 2007 HCPCS manual | | |

[1] Any exhibit marked as a Demonstrative may be offered by the Defendantt as a summary chart if the elements of Rule 1006 are met.

| | | | |
|---|---|---|---|
| 236 | 2008 HCPCS manual | | |
| 7 | 2009 HCPCS manual | | |
| 238 | 2010 HCPCS manual | | |
| 239 | 2011 HCPCS manual | | |
| 240 | Form CMS-485 (blank) | | |
| 241 | Medicare card (blank) | | |
| 242 | Demonstrative – Key Terms | | |
| 244 | Blank OASIS form – Start of Care | | |
| 245 | Blank OASIS form – Recertification | | |
| 246 | Medicare and Medicaid Programs: Comprehensive Assessment and Use of the OASIS as Part of the Conditions of Participation for Home Health Agencies (42 CFR Part 484) dated January 25, 1999 | | |
| 247 | Medicare and Medicaid Programs: Reporting Outcome and Assessment Information Set Data as Part of the Conditions of Participation for Home Health Agencies (42 CFR Part 484) dated December 23, 2005 | | |
| ADDITIONAL MEDISTAT DOCUMENTS | | | |
| 302 | Medicare suspension notice for Apple dated September 22, 2011 | | |
| ADDITIONAL MEDICARE DOCUMENTS | | | |
| 313 | Medicare Claims Processing Manual – Chapter 1 | | Disc |
| 314 | Medicare Claims Processing Manual – Chapter 10 | | Disc |
| 315 | Medicare Claims Processing Manual – Chapter 12 | | Disc |
| 325 | Medicare enrollment application for Apple | | |
| 326 | Medicare EFT agreement for Apple | | |
| 327 | Medicare EDI agreement for Apple | | |
| 328 | ZPIC FID Info for Apple | | |

| | | | |
|---|---|---|---|
| 329 | Medicare suspension declaration for Apple dated June 7, 2011 | | |
| 346 | Medicare claims data for Apple | | Disc |
| **MEDICARE BILLING DATA SUMMARIES** | | | |
| 357 | Daisy Turner – Billing Data summary | | |
| 358 | Charles Beck – Billing Data summary | | |
| 359 | Cora Beck – Billing Data summary | | |
| **MEDICARE REMITTANCE ADVICES** | | | |
| 371 | Daisy Turner – Part A Medicare Remittance Advice | | |
| 372 | Daisy Turner – Part B Medicare Remittance Advice | | |
| 373 | Charles Beck – Part A Medicare Remittance Advice | | |
| 374 | Charles Beck – Part B Medicare Remittance Advice | | |
| 375 | Cora Beck – Part A Medicare Remittance Advice | | |
| 376 | Cora Beck– Part B Medicare Remittance Advice | | |
| 413 | Apple of Your Eye Inc dba Apple of Your Eye Healthcare Services Inc JP Morgan Chase account x2253 | | Disc |
| 414 | Apple of Your Eye, Inc Bank of America account x6719 | | Disc |
| 415 | Apple of Your Eye, Inc/Wilbert J Veasey Jr Bank of America account x0356 | | Disc |
| 416 | Apple of Your Eye, Inc/Wilbert J Veasey Jr Bank of America account x6214 | | Disc |
| 417 | Apple of Your Eye, Inc Medicaid Acct Bank of America account x6939 | | Disc |
| 418 | Apple of Your Eye Inc Medicaid Account II Bank of America account x5867 | | Disc |
| 419 | Apple of Your Eye Inc Medicaid 4 Bank of America account x8262 | | Disc |
| 420 | Apple of Your Eye Inc Medicare Payroll Bank of America account x5281 | | Disc |
| 421 | Apple of Your Eye Inc Medicare Payroll Bank of America account x1005 | | Disc |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 422 | Apple of Your Eye Inc Medicare Payroll Bank of America account x8671 | | Disc |
| 423 | Apple of Your Eye Inc Depository Account Bank of America account x2340 | | Disc |
| 424 | Apple of Your Eye Inc JP Morgan Chase account x6765 | | Disc |
| 425 | Apple of Your Eye Inc JP Morgan Chase account x6766 | | Disc |
| 426 | Apple of Your Eye Inc Bank of America account x1290 | | Disc |
| 427 | Apple of Your Eye Inc JP Morgan Chase account x2261 | | Disc |
| 428 | Apple of Your Eye Inc Bank of America account x4494 | | Disc |
| 429 | Apple of Your Eye Inc Bank of America account x5322 | | Disc |
| 430 | Apple of Your Eye Inc Bank of America account x5335 | | Disc |
| 431 | Apple of Your Eye Inc Bank of America account x8615 | | Disc |
| 432 | Apple of Your Eye Inc JP Morgan Chase account x9136 | | Disc |
| 433 | Cynthia D Stiger Bank of America account x3721 | | Disc |
| 434 | Cynthia D Stiger Bank of America account x8588 | | Disc |
| 435 | Cynthia D Stiger Bank of America account x1669 | | Disc |
| 436 | Wilbert J Veasey Jr Bank of America account x9673 | | Disc |
| 437 | Wilbert J Veasey Jr Bank of America account x9078 | | Disc |
| 438 | Wilbert J Veasey Jr JP Morgan Chase account x1665 | | Disc |
| SUMMARY CHARTS | | | |
| 448 | Keeping Apple Afloat | | |
| 449 | Significant Payees from Apple of Your Eye Bank Accounts | | |
| 450 | Apple of Your Eye Cash Withdrawals By Year | | |

| | | | |
|---|---|---|---|
| 451 | Cynthia Stiger Profits | | |
| 452 | Wilbert Veasey Profits | | |
| 453 | Donations to Churches Out of Apple and Wilbert Veasey Accounts | | |
| 454 | Apple of Your Eye Signature Analysis | | |
| 460 | Apple of Your Eye Deposits Analysis (January 2006 through August 2011) | | |
| 462 | Apple of Your Eye, Inc. Medicare Claims Submission Medistat vs Non Medistat (April 2006 through July 2011) | | |
| 467 | Apple of Your Eye, Inc. Longest Consecutive Medistat Beneficiaries on Home Health | | |
| 474 | Apple Cash Calendar | | |
| MEDICAID | | | |
| 476 | 2004 Medicaid manual | | Disc |
| 477 | 2005 Medicaid manual | | Disc |
| 478 | 2006 Medicaid manual | | Disc |
| 479 | 2007 Medicaid manual | | Disc |
| 480 | 2008 Medicaid manual | | Disc |
| 481 | 2009 Medicaid manual | | Disc |
| 482 | 2010 Medicaid manual | | Disc |
| 483 | 2011 Medicaid manual | | Disc |
| 484 | 2012 Medicaid manual | | Disc |
| 486 | Medicaid claims data for Apple | | Disc |
| PHONE DOWNLOAD REPORTS | | | |
| 490 | Cynthia Stiger phone download report | | Disc |
| BUSINESS RECORD CERTIFICATIONS | | | |
| | *Will add if necessary | | |