IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.                                                            CRIMINAL NO.  3:12-CR-54-L

JACQUES ROY, ET AL.

GOVERNMENT'S EXHIBIT LIST

The United States Attorney for the Northern District of Texas, by and through the

undersigned Assistant United States Attorney, files this, the Government's Exhibit List,

in the above-captioned case.

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---------|-------------|---------|----------|
| MEDISTAT GROUP ASSOCIATES, P.A. ("MEDISTAT") OFFICE SEARCH | | | |
| 1 | Medistat office – Search photos | | |
| 2 | Medistat office – Search photo log | | |
| 3 | Medistat office – Search sketch | | |
| 4 | Medistat office – Search inventory | | |
| 5 | Program Announcement from Teri Shipman folder dated April 1, 2004 | | |
| 6 | Medistat interoffice memo regarding fraud letter to all home health agencies | | |
| 7 | Blank forms – Medistat (Referral, Physician's Order, Face to Face Encounter) | | |
| 8 | Dallas Cowboys cover notebook with handwritten notes | | |
| 9 | Augie Galindo – Schedule Info | | |
| 10 | Billed Pulmonary folder (2011) | | |
| 11 | Orange cover notebook with handwritten notes (2010-2011) | | |
| 12 | Denied CPO folders | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 13 | Handwritten notebooks with notes on CPOs | | |
| 14 | Examples of spirometry and 6 minute walk test forms | | |
| 15 | Pulmonary function testing info for Doris Williams, Myrtle Mallory, and Emma Hicks | | |
| 16 | Schedule book for Sarah Slatter | | |
| 17 | Notes for New Patient Referrals and new patient referral forms (2011) | | |
| 18 | Texas Medical Board disciplinary documents for Dr. Roy found at Medistat | | |
| 19 | Medistat Compliance Meeting Report memo from January 7, 2011 | | |
| 20 | Email correspondence between Scooter Beasley and Heather Bowles dated July 3-7, 2008 | | |
| 21 | Email from Heather Bowles to Porsche Bennett and Teri Shipman dated July 13, 2010 | | |
| 22 | Medistat memo to all home health agencies regarding buying patients and homebound status (2010) | | |
| 23 | Email from Teri Shipman to Nick Lamarre with attachments on November 3, 2010 | | |
| 24 | Email from Augie Galindo to Jessica Hernandez on December 6, 2010 | | |
| 25 | Email from Shena Mote to np@healthcaremedical.net dated December 22, 2010 | | |
| 26 | Email from Kitara Reeves to Augie Galindo on February 3, 2011 | | |
| 27 | Jessica Hernandez – computer screenshots (May-June 2011) | | |
| 28 | Rachel Casillas – computer screenshots (May-June 2011) | | |
| 29 | Tashawna Sorrells – computer screenshots (May-June 2011) | | |
| 30 | Email from msteedy26w@yahoo.com to Dr. Roy with attachment of Texas Driver's License for Tiara A. Lemelle on September 9, 2011 | | |
| 31 | Notes from Heather Bowles regarding calls placed to Medicare about pulmonary billing | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 32 | Medistat Billing Department Manual excerpt on 485 Biller Job Duties | | |
| 33 | Medistat Billing Department Incentive Program spreadsheet | | |
| 34 | Teri Shipman resume | | |
| 35 | Medistat memo regarding compliance with federal regulations | | |
| 36 | Blank forms - HomeCare Physician (Authorization and Consent for Medical Treatment, Physician Orders, Referral for Home Health, Recheck/Reassessment – last page labeled "Cynthia Intake") | | |
| 37 | Blank forms – Medistat (Authorization and Consent for Medical Treatment, Physician Orders, Referral for Home Health, Recheck/Reassessment) | | |
| 38 | Notes about James Veasey and Cynthia Stiger | | |
| 39 | Notes entitled "How to Bill 485s" | | |
| 40 | HomeCare Charges list | | |
| 41 | Medicare Reimbursement Analysis | | |
| MEDISTAT STORAGE UNIT SEARCH | | | |
| 42 | Medistat storage unit – Search photos | | |
| 43 | Medistat storage unit – Search photo log | | |
| 44 | Medistat storage unit – Search inventory | | |
| 45 | 485s signed by Kendy Munoz under Dr. Roy's signature | | |
| DR. ROY RESIDENCE SEARCH | | | |
| 46 | Dr. Roy residence – Search photos | | |
| 47 | Dr. Roy residence – Search photo log | | |
| 48 | Dr. Roy residence – Search sketch | | |
| 49 | Dr. Roy residence – Search inventory | | |
| 50 | "Dr. Roy Signature Samples" packet | | |
| 51 | Folder entitled "Apple Reimbursement" and handwritten letters | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 52 | Folder entitled "Dr. Roy Apple Contracts-New Patients" | | |
| 53 | Certificate of Limited Partnership documents for RoyLam, Ltd. | | |
| 54 | "Hide Your A$$ETS and Disappear: A Step-by-Step Guide to Vanishing Without a Trace" By One of the Government's Premier Experts on Finding Them by Edmund J. Pankau | | |
| 55 | "Jerome Schneider's Complete Guide to Offshore Money Havens: How to Make Millions, Protect Your Privacy and Legally Avoid Taxes" by Jerome Schneider | | |
| 56 | "The Offshore Money Manual: How to Send Your Money Overseas Swiftly, Privately, and Profitably" Updated and Edited by Adam Starchild | | |
| 57 | Folder regarding Michel Poulin identity | | |
| PHONE DOWNLOADS FROM DR. ROY RESIDENCE | | | |
| 58 | Dr. Roy text messages with Nick Lamarre | | |
| 59 | Dr. Roy text messages with Shalitris Medlock | | |
| 60 | Dr. Roy text messages with Suzana Tran | | |
| 61 | Dr. Roy text messages with Tashawna Sorrells | | |
| 62 | Dr. Roy text messages with Tiara Lemelle | | |
| CHARRY HOME CARE SERVICES, INC. ("CHARRY") OFFICE SEARCH | | | |
| 63 | Charry office – Search photos | | |
| 64 | Charry office – Search photo log | | |
| 65 | Charry office – Search sketch | | |
| 66 | Charry office – Search inventory | | |
| 67 | Charry Medicare Enrollment Application and EFT Agreement found at office | | |
| 68 | Charry Health Care Services, Inc. General Orientation Manual and blank forms | | |
| 69 | Excerpts from Charry Licensed & Certified Forms Manual | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 70 | DePromise Home Health Patient Roster dated April 20, 2010 | | |
| 71 | DePromise Home Health Patients List | | |
| 72 | Charry Patient Roster dated March 7-8, 2011 | | |
| 73 | Charry Medicare Episode Ending Report dated March 7, 2011 | | |
| 74 | Charry Patient List for Donatus Benson | | |
| 75 | $500.00 Western Union Money Transfer from Charity Eleda to Kenneth Farr | | |
| 76 | Charity Eleda resume | | |
| 77 | Charity Eleda passports (Nigeria and United States) | | |
| CHARITY ELEDA RESIDENCE SEARCH | | | |
| 78 | Charity Eleda residence – Search photos | | |
| 79 | Charity Eleda residence – Search photo log | | |
| 80 | Charity Eleda residence – Search sketch | | |
| 81 | Charity Eleda residence – Search inventory | | |
| 82 | Blank forms – Charry (OASIS Patient Assessment, OASIS Tracking Sheet, Recertification, Nursing Clinical Progress Note, SN Clinical Progress Note, Physician's Telephone/Verbal Order, Referral/Intake Form) | | |
| ADDITIONAL CHARRY DOCUMENTS | | | |
| 83 | Lufthansa German Airlines flight records for Charity Eleda on February 7-17, 2011 | | |
| 84 | U.S. Customs and Border Protection records for Charity Eleda on February 7 and 17, 2011 | | |
| APPLE OF YOUR EYE HEALTH CARE SERVICES, INC. ("APPLE") OFFICE SEARCH | | | |
| 85 | Apple office – Search photos | | |
| 86 | Apple office – Search photo log | | |
| 87 | Apple office – Search sketch | | |
| 88 | Apple office – Search inventory | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 89 | Blank forms – Apple (Referral/Intake Screening Form, Physician Orders, Referral for Home Health Evaluation, ) | | |
| 90 | Cynthia Stiger resumes (2005 and 2006 update) | | |
| 91 | Cynthia Stiger letter to James Veasey dated October 25, 2011 | | |
| 92 | Apple Employee Contact Lists | | |
| 93 | Apple patient referrals for 2008 and 2011 | | |
| 94 | Wilbert Veasey Employment Application dated September 19, 2011 | | |
| 95 | Wesley Stiger Employee Data File | | |
| 96 | Homebound, or Not? Quiz and Apple Homebound Status Checklist | | |
| 97 | Open leads/referrals folder | | |
| 98 | New employee handout on agency compliance with HIPAA | | |
| 99 | Medicare Benefit Policy Manual / Chapter 7 – Home Health Services | | |
| 100 | Apple faxes to Dr. Roy | | |
| 101 | Apple Board of Directors Meeting Minutes for August-September 2011 | | |
| CYNTHIA STIGER PHONE DOWNLOAD | | | |
| 102 | Text message from James Veasey to Cynthia Stiger on August 12, 2011 | | |
| 103 | Text messages between Jacques Roy, James Veasey, and Cynthia Stiger on September 5, 2011 | | |
| ADDITIONAL APPLE DOCUMENTS | | | |
| 104 | Apple Medicare Referral Log dated April-June 2010 | | |
| 105 | Brittany Anderson - Spreadsheet of beneficiaries with eligibility, recruiters, and referral info dated July 14, 2010, September 15, 2011, and September 19, 2011 | | |
| APPLE STORAGE UNIT SEARCH | | | |
| 106 | Apple storage unit – Search photos | | |
| 107 | Apple storage unit – Search inventory | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---------|-------------|---------|----------|
| ULTIMATE CARE HOME HEALTH SERVICES, INC. ("ULTIMATE") ADMINISTRATIVE SEIZURE | | | |
| 108 | Ultimate MFCU administrative seizure - File Request and Evidence Receipt | | |
| OTHER | | | |
| 109 | Ultimate 485s signed by Teri Sivils under Dr. Roy's signature | | |
| ULTIMATE OFFICE SEARCH | | | |
| 110 | Ultimate office – Search photos | | |
| 111 | Ultimate office – Search photo log | | |
| 112 | Ultimate office – Search sketch | | |
| 113 | Ultimate office – Search inventory | | |
| 114 | Blank forms – Ultimate (Referral for Home Health Evaluation, Patient Information Sheet, Referral/Intake Form, Physician's Verbal Order, Nursing Notes) | | |
| 115 | Ultimate Board of Directors list | | |
| 116 | Ultimate Medicare approval letter dated February 20, 2003 | | |
| 117 | Ultimate Board of Director and Professional Advisory Meeting minutes from February 2003-January 2009 | | |
| 118 | Ultimate Ethics Committee minutes from September 2004-January 2010 | | |
| 119 | Letter from Ultimate to Dr. Roy dated August 6, 2007 | | |
| MEDCARE HOUSECALLS, LLC ("MEDCARE") OFFICE SEARCH | | | |
| 120 | Medcare office – Search photos | | |
| 121 | Medcare office – Search photo log | | |
| 122 | Medcare office – Search sketch | | |
| 123 | Medcare office – Search inventory | | |
| 124 | Letter of Resignation from Stella Green to Dr. Roy and Dr. Lamarre dated May 28, 2010 | | |
| 125 | Medicare Enrollment Application for Medcare dated August 25, 2011 | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 126 | National Plan & Provider Enumeration System NPI Registry search for Medcare House Calls LLC on September 14, 2011 | | |
| 127 | Office of Inspector General U.S. Department of Health & Human Services Exclusions Database search for Medcare House Calls LLC on September 14, 2011 | | |
| 128 | Excluded Parties List System search for Medcare House Calls LLC on September 14, 2011 | | |
| 129 | Medcare nursing notes from Juan Galindo for Billie Stevenson dated November 30, 2011 and January 18, 2012 | | |
| 130 | Medcare Housecalls New Employee Form for Cybil Chatman | | |
| 131 | Essencee Care Health Services Physician Order and 485 for Billie Stevenson dated January 6, 2012 | | |
| GLENN GANN SEARCH | | | |
| 132 | Glenn Gann – Search inventory | | |
| NAMED BENEFICIARY FILES – PATIENT, PCP, DART, OTHER MISC. | | | |
| 133 | Daisy Turner – Medistat patient file | | |
| 134 | Daisy Turner – Medistat electronic patient file | | |
| 135 | Daisy Turner – Apple home health file | | |
| 136 | Daisy Turner – Apple home health binder | | |
| 137 | Daisy Turner – Parkland Health & Hospital System ("Parkland") medical records | | |
| 138 | Daisy Turner – Dallas Area Rapid Transit ("DART") records | | |
| 139 | Charles Beck – Medistat patient file | | |
| 140 | Charles Beck – Medistat electronic patient file | | |
| 141 | Charles Beck – Apple home health file | | |
| 142 | Charles Beck – Parkland/Bluitt-Flowers Health Center ("Bluitt-Flowers") medical records | | |
| 143 | Cora Beck – Medistat patient file | | |
| 144 | Cora Beck – Medistat electronic patient file | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 145 | Cora Beck – Apple home health file | | |
| 146 | Cora Beck – Bluitt-Flowers medical records | | |
| 147 | Loretta Shaw – Medistat patient file | | |
| 148 | Loretta Shaw – Medistat electronic patient file | | |
| 149 | Loretta Shaw – Ultimate home health file | | |
| 150 | Loretta Shaw – Parkland medical records | | |
| 151 | Loretta Shaw – DART records | | |
| 152 | Barbara Lynch – Medistat patient file | | |
| 153 | Barbara Lynch – Medistat electronic patient file | | |
| 154 | Barbara Lynch – Ultimate home health file | | |
| 155 | Barbara Lynch – DaVita Grapevine Dialysis medical records | | |
| 156 | Vivian Owens – Medistat patient file | | |
| 157 | Vivian Owens – Medistat electronic patient file | | |
| 158 | Vivian Owens – Ultimate home health file | | |
| 159 | Vivian Owens – Elite Orthopaedics of Las Colinas medical records | | |
| 160 | Vivian Owens – Texas Workforce Commission records | | |
| 161 | Paul White – Medistat patient file | | |
| 162 | Paul White – Medistat electronic patient file | | |
| 163 | Paul White – Charry home health file | | |
| 164 | Paul White – Parkland medical records | | |
| 165 | Paul White – Timberlawn Mental Health System medical records | | |
| 166 | Paul White – The Bridge records | | |
| 167 | Paul White – DART records | | |
| 168 | Stanley Clovis – Medistat patient file | | |
| 169 | Stanley Clovis – Medistat electronic patient file | | |
| 170 | Stanley Clovis – Charry home health file | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 171 | Stanley Clovis – Parkland medical records | | |
| 172 | Stanley Clovis – The Bridge records | | |
| 173 | Stanley Clovis – Dallas County Jail records | | |
| 174 | Rachael Sanchez – Medistat patient file | | |
| 175 | Rachael Sanchez – Medistat electronic patient file | | |
| 176 | Rachael Sanchez – Charry home health file | | |
| 177 | Rachael Sanchez – Parkland medical records | | |
| 178 | Rachael Sanchez – The Bridge records | | |
| 179 | Rachael Sanchez – DART records | | |
| 180 | Kenneth Farr – Medistat patient file | | |
| 181 | Kenneth Farr – Medistat electronic patient file | | |
| 182 | Kenneth Farr – Charry home health file | | |
| 183 | Kenneth Farr – Parkland medical records | | |
| 184 | Kenneth Farr – The Bridge records | | |
| 185 | Ricky Galindo – Medistat patient file | | |
| 186 | Ricky Galindo – Charry home health file | | |
| 187 | Ivory Smith – Medistat patient file | | |
| 188 | Ivory Smith – Charry home health file | | |
| 189 | Billie Stevenson – Medistat patient file | | |
| 190 | Billie Stevenson – Medistat electronic patient file | | |
| 191 | Corine Williams – Medistat patient file | | |
| 192 | Stacy Wooten – Medistat patient file | | |
| 193 | Stacy Wooten – Charry home health file | | |
| 194 | Stacy Wooten – Parkland medical records | | |
| 195 | Kenneth Watson – Medistat patient file | | |
| 196 | Kenneth Watson – Charry home health file | | |
| 197 | Kenneth Watson – Parkland medical records | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 198 | Edna Rhodes – Medistat patient file | | |
| 199 | Edna Rhodes – Medistat electronic patient file | | |
| 200 | Don Maples – Medistat patient file | | |
| | SURVEILLANCE | | |
| 201 | RESERVED | | |
| 202 | Loretta Shaw – Photo Surveillance on August 20, 2012 | | |
| 203 | Loretta Shaw – Video Surveillance on December 18, 2012 | | Disc |
| 204 | Charles Beck – Video Surveillance on March 22, 2013 | | Disc |
| 205 | Paul White – Photographs taken during agent house visit on March 28, 2013 | | |
| 206 | Charles and Cora Beck – Video Surveillance on April 2, 2013 | | Disc |
| 207 | Loretta Shaw – Photographs of 2nd Floor apartment taken on September 10, 2015 | | |
| | TEXAS SECRETARY OF STATE CORPORATE DOCUMENTS | | |
| 208 | Medistat Group Associates – Articles of Association (July 16, 1990) and Assumed Name Certificates (October 1996 – October 2009) | | |
| 209 | Apple of Your Eye Inc – Articles of Incorporation (February 22, 2005) and Certificate of Amendment (August 4, 2011) | | |
| 210 | Medcare Housecalls LLC – Articles of Organization (March 30, 2005) and Articles of Amendment (June 3, 2008) | | |
| 211 | Cyprian, Inc.  – Articles of Incorporation (April 8, 2005) | | |
| 212 | Charry Health Care Services, Inc. – Certificate of Formation (November 15, 2006) | | |
| | DR. ROY ASSETS | | |
| 213 | Quebec Corp documents | | |
| 214 | Cheshire, LTD documents | | |
| 215 | Allianz Life Insurance Company of North America documents | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 216 | American Equity Investment Life Insurance Company documents | | |
| 217 | S.E.I. Investments documents | | |
| 218 | Life Insurance Company of the Southwest documents | | |
| 219 | PacificLife Insurance Company documents | | |
| 220 | Jackson National Life Insurance Company documents | | |
| | BACKGROUND ON MEDICARE | | |
| 221 | Demonstrative[1] – Medicare Parts A-D | | |
| 222 | Demonstrative - Medicare Home Health – 5 Requirements | | |
| 223 | Demonstrative - Medicare Definitions | | |
| 224 | Demonstrative – Home Health Agencies in the Dallas Fort Worth Region 2004-2011 | | |
| 225 | Medicare Benefit Policy Manual – Chapter 7 | | |
| 226 | 2005 CPT Code manual | | |
| 227 | 2006 CPT Code manual | | |
| 228 | 2007 CPT Code manual | | |
| 229 | 2008 CPT Code manual | | |
| 230 | 2009 CPT Code manual | | |
| 231 | 2010 CPT Code manual | | |
| 232 | 2011 CPT Code manual | | |
| 233 | 2005 HCPCS manual | | |
| 234 | 2006 HCPCS manual | | |
| 235 | 2007 HCPCS manual | | |
| 236 | 2008 HCPCS manual | | |
| 237 | 2009 HCPCS manual | | |
| 238 | 2010 HCPCS manual | | |

---

[1] Any exhibit marked as a Demonstrative may be offered by the Government as a summary chart if the elements of Rule 1006 are met.

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 239 | 2011 HCPCS manual | | |
| 240 | Form CMS-485 (blank) | | |
| 241 | Medicare card (blank) | | |
| 242 | Demonstrative – Key Terms | | |
| 243 | Curriculum Vitae for Mark Porter | | |
| 244 | Blank OASIS form – Start of Care | | |
| 245 | Blank OASIS form – Recertification | | |
| 246 | Medicare and Medicaid Programs: Comprehensive Assessment and Use of the OASIS as Part of the Conditions of Participation for Home Health Agencies (42 CFR Part 484) dated January 25, 1999 | | |
| 247 | Medicare and Medicaid Programs: Reporting Outcome and Assessment Information Set Data as Part of the Conditions of Participation for Home Health Agencies (42 CFR Part 484) dated December 23, 2005 | | |
| ADDITIONAL MEDISTAT DOCUMENTS | | | |
| 248 | Demonstrative – Medistat organizational chart | | |
| 249 | CPO example filled out by Dr. Roy | | |
| 250 | RESERVED | | |
| 251 | RESERVED | | |
| 252 | Teri Sivils – Plea Agreement | | |
| 253 | Teri Sivils – Plea Agreement Supplement | | |
| 254 | Teri Sivils – Factual Resume | | |
| 255 | Teri Sivils – Proffer Letter | | |
| 256 | Provider Texas Home Health – Articles of Incorporation (August 6, 2004), Assumed Name Certificates (November 2004-July 2005), Certificate of Amendment (June 8, 2011) | | |
| 257 | Provider Texas Home Health Medicare application | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 258 | Certificate of Attendance for James Aston at HCSSA Pre-Survey Conference dated November 8, 2004 | | |
| 259 | Texas Department of Aging & Disability Services (DADS) license letter for Provider Texas Home Health effective June 10, 2005 | | |
| 260 | 2006 Provider Texas Home Health checkbook | | |
| 261 | BackPro business card for James Aston | | |
| 262 | Poster created by James Aston on January 27, 2006 | | |
| 263 | James Aston audio – 1D 001 James Aston/Jacques Roy | | Disc |
| 264 | James Aston transcript – 1D 001 James Aston/Jacques Roy | | |
| 265 | James Aston audio – 1D 002 James Aston/Jacques Roy | | Disc |
| 266 | James Aston transcript – 1D 002 James Aston/Jacques Roy | | |
| 267 | James Aston audio – 1D 003 James Aston/Jacques Roy | | Disc |
| 268 | James Aston transcript – 1D 003 James Aston/Jacques Roy | | |
| 269 | James Aston – Proffer Letter | | |
| 270 | Medcare blank in home visit form | | |
| 271 | Email correspondence between Augie Galindo and Christie Staves dated December 2011- February 2012 | | |
| 272 | Photo of Medcare sign | | |
| ADDITIONAL ULTIMATE DOCUMENTS | | | |
| 273 | Cyprian Akamnonu – Plea Agreement | | |
| 274 | Cyprian Akamnonu – Plea Agreement Supplement | | |
| 275 | Cyprian Akamnonu – Factual Resume | | |
| 276 | Cyprian Akamnonu – Proffer Letter | | |
| 277 | Patricia Akamnonu – Plea Agreement | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 278 | Patricia Akamnonu – Plea Agreement Supplement | | |
| 279 | Patricia Akamnonu – Factual Resume | | |
| THE BRIDGE | | | |
| 280 | Pictures of The Bridge | | |
| 281 | Photo log of The Bridge | | |
| 282 | The Bridge Homeless Recovery Center information pamphlets | | |
| 283 | Charity Eleda business card given to Dallas Police Officer BC Wetton | | |
| 284 | Charity Eleda file folder from Dallas Police Detective Julie Cassidy | | |
| 285 | Driver's License photos of recruits – Ricky Galindo and Rachael Sanchez | | |
| NICHOLAS LAMARRE | | | |
| 286 | Nicholas Lamarre – Target letter dated March 8, 2012 | | |
| 287 | Nicholas Lamarre – Proffer letter dated April 10, 2012 | | |
| 288 | Nicholas Lamarre – Video statement dated July 27, 2012 | | Disc |
| ERNEST AMADI | | | |
| 289 | Fox 4 News report/video regarding Alliance Home Health scheme dated November 15, 2010 | | Disc |
| 290 | Transcript of Fox 4 News report/video regarding Alliance Home Health scheme dated November 15, 2010 | | |
| 291 | Unaired portion of Fox 4 News report/video regarding Alliance Home Health scheme dated November 15, 2010 | | Disc |
| 292 | Unaired portion transcript of Fox 4 News report/video regarding Alliance Home Health scheme dated November 15, 2010 | | |
| 293 | Ernest Amadi – Plea Agreement | | |
| 294 | Ernest Amadi – Plea Agreement Supplement | | |
| 295 | Ernest Amadi – Factual Resume | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 296 | Ernest Amadi – Proffer Letter | | |
| | MEDICARE SUSPENSION DOCUMENTS | | |
| 297 | Medicare suspension notice for Medistat dated June 23, 2011 | | |
| 298 | Medicare suspension notice for Jacques Roy dated June 23, 2011 | | |
| 299 | Medicare suspension notice for Louise Lamarre dated June 23, 2011 | | |
| 300 | Medicare suspension termination for Louise Lamarre dated November 12, 2013 | | |
| 301 | Medicare suspension notice for Charry dated June 23, 2011 | | |
| 302 | Medicare suspension notice for Apple dated September 22, 2011 | | |
| 303 | Medicare suspension notice for Ultimate dated September 2, 2010 | | |
| 304 | Medicare suspension notice for Cyprian, Inc. dated March 5, 2012 | | |
| 305 | Medicare suspension notice for Medcare dated April 3, 2012 | | |
| 306 | Medicare suspension notice for PTM Healthcare dated March 5, 2012 | | |
| 307 | RESERVED | | |
| 308 | RESERVED | | |
| | FERGUSON IKHILE | | |
| 309 | Ferguson Ikhile – Plea Agreement | | |
| 310 | Ferguson Ikhile – Plea Agreement Supplement | | |
| 311 | Ferguson Ikhile – Factual Resume | | |
| | MEDISTAT SUBPOENAED DOCUMENTS | | |
| 312 | Texas Medical Board documents regarding Dr. Roy | | |
| | ADDITIONAL MEDICARE DOCUMENTS | | |
| 313 | Medicare Claims Processing Manual – Chapter 1 | | Disc |
| 314 | Medicare Claims Processing Manual – Chapter 10 | | Disc |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---------|-------------|---------|----------|
| 315 | Medicare Claims Processing Manual – Chapter 12 | | Disc |
| 316 | Medicare enrollment application for Medistat | | |
| 317 | Medicare EFT agreement for Medistat | | |
| 318 | Medicare EDI agreement for Medistat | | |
| 319 | ZPIC FID Info for Medistat | | |
| 320 | Medicare enrollment documentation for Jacques Roy | | |
| 321 | ZPIC FID Info for Jacques Roy | | |
| 322 | Medicare enrollment documentation for Louise Lamarre | | |
| 323 | ZPIC FID Info for Louise Lamarre | | |
| 324 | Medicare suspension declaration for Medistat, Jacques Roy, and Louise Lamarre, and Medistat dated June 7, 2011 | | |
| 325 | Medicare enrollment application for Apple | | |
| 326 | Medicare EFT agreement for Apple | | |
| 327 | Medicare EDI agreement for Apple | | |
| 328 | ZPIC FID Info for Apple | | |
| 329 | Medicare suspension declaration for Apple dated June 7, 2011 | | |
| 330 | Medicare enrollment application for Charry | | |
| 331 | Medicare EFT agreement for Charry | | |
| 332 | Medicare EDI agreement for Charry | | |
| 333 | ZPIC FID Info for Charry | | |
| 334 | Medicare suspension declaration for Charry dated June 7, 2011 | | |
| 335 | Medicare enrollment application for Ultimate | | |
| 336 | Medicare EFT agreement for Ultimate | | |
| 337 | Medicare EDI agreement for Ultimate | | |
| 338 | ZPIC FID Info for Ultimate | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 339 | Medicare suspension declaration for Ultimate dated February 22, 2012 | | |
| 340 | Medicare enrollment application for Medcare | | |
| 341 | Medicare EFT agreement for Medcare | | |
| 342 | Medicare EDI agreement for Medcare | | |
| 343 | ZPIC FID Info for Medcare | | |
| 344 | Medicare suspension declaration for PTM Healthcare dated February 22, 2012 | | |
| | MEDICARE CLAIMS DATA | | |
| 345 | Medicare claims data for Medistat | | Disc |
| 346 | Medicare claims data for Apple | | Disc |
| 347 | Medicare claims data for Charry | | Disc |
| 348 | Medicare claims data for Ultimate | | Disc |
| 349 | Medicare claims data for Medcare | | Disc |
| 350 | Medicare claims data for PTM Healthcare | | Disc |
| 351 | Medicare claims data for DePromise Home Health Services | | Disc |
| 352 | Medicare home health header claims data for Jacques Roy | | Disc |
| 353 | Medicare home health header claims data for Louise Lamarre | | Disc |
| 354 | Medicare home health header claims data for Murray Strauss | | Disc |
| 355 | Medicare home health header claims data for Don Christiansen | | Disc |
| 356 | Medicare home health header claims data for Warner Massey | | Disc |
| | MEDICARE BILLING DATA SUMMARIES | | |
| 357 | Daisy Turner – Billing Data summary | | |
| 358 | Charles Beck – Billing Data summary | | |
| 359 | Cora Beck – Billing Data summary | | |
| 360 | Loretta Shaw – Billing Data summary | | |
| 361 | Barbara Lynch – Billing Data summary | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 362 | Vivian Owens – Billing Data summary | | |
| 363 | Paul White – Billing Data summary | | |
| 364 | Stanley Clovis – Billing Data summary | | |
| 365 | Rachael Sanchez – Billing Data summary | | |
| 366 | Kenneth Farr – Billing Data summary | | |
| 367 | Ricky Galindo – Billing Data summary | | |
| 368 | Ivory Smith – Billing Data summary | | |
| 369 | Billie Stevenson – Billing Data summary | | |
| 370 | Corine Williams – Billing Data summary | | |
| | MEDICARE REMITTANCE ADVICES | | |
| 371 | Daisy Turner – Part A Medicare Remittance Advice | | |
| 372 | Daisy Turner – Part B Medicare Remittance Advice | | |
| 373 | Charles Beck – Part A Medicare Remittance Advice | | |
| 374 | Charles Beck – Part B Medicare Remittance Advice | | |
| 375 | Cora Beck – Part A Medicare Remittance Advice | | |
| 376 | Cora Beck– Part B Medicare Remittance Advice | | |
| 377 | Loretta Shaw – Part A Medicare Remittance Advice – none found | | |
| 378 | Loretta Shaw – Part B Medicare Remittance Advice | | |
| 379 | Barbara Lynch – Part A Medicare Remittance Advice | | |
| 380 | Barbara Lynch – Part B Medicare Remittance Advice | | |
| 381 | Vivian Owens – Part A Medicare Remittance Advice | | |
| 382 | Vivian Owens – Part B Medicare Remittance Advice | | |
| 383 | Paul White – Part A Medicare Remittance Advice | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 384 | Paul White – Part B Medicare Remittance Advice | | |
| 385 | Stanley Clovis – Part A Medicare Remittance Advice | | |
| 386 | Stanley Clovis – Part B Medicare Remittance Advice | | |
| 387 | Rachael Sanchez – Part A Medicare Remittance Advice | | |
| 388 | Rachael Sanchez – Part B Medicare Remittance Advice | | |
| 389 | Kenneth Farr – Part A Medicare Remittance Advice | | |
| 390 | Kenneth Farr – Part B Medicare Remittance Advice | | |
| 391 | Ricky Galindo – Part A Medicare Remittance Advice | | |
| 392 | Ivory Smith – Part A Medicare Remittance Advice | | |
| 393 | Billie Stevenson – Part B Medicare Remittance Advice | | |
| 394 | Corine Williams – Part B Medicare Remittance Advice | | |
| MISCELLANEOUS | | | |
| 395 | Recredentialing paperwork for Augie Galindo signed June 10, 2011 | | |
| 396 | Recredentialing paperwork for Mary (Patricia) Headley signed June 9, 2011 | | |
| 397 | Recredentialing documents for Don Christiansen signed June 20, 2011 | | |
| 398 | Travel records for Jacques Roy | | |
| 399 | Medicare & You 2016 – Official U.S. Government Medicare handbook | | |
| 400 | Demonstrative – State and National Rankings of Certifying Physicians | | |
| 401 | Demonstrative – Descriptions of office locations for Medistat office sketch | | |
| 402 | Demonstrative – Legitimate Process for Medicare Home Health | | |
| 403 | DePromise search warrant – Folders found labeled Dr. Roy | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 404 | DePromise search warrant – DePromise patient file for Robert Washington | | Disc |
| | FINANCIAL RECORDS | | |
| 405 | Medistat Group Associates<br>Bank of America account x8914 | | Disc |
| 406 | Medistat Group Associates<br>Bank of America account x5757 | | Disc |
| 407 | Medistat Group Associates, Inc dba Backpro<br>Bank of America account x9989 | | Disc |
| 408 | Medistat Group Associates<br>Capital One, N.A. account x9921 | | Disc |
| 409 | Roylam Inc<br>JP Morgan Chase account x3452 | | Disc |
| 410 | Louise Lamarre and Jacques A Roy<br>Bank of America account x1176 | | Disc |
| 411 | Medcare Housecalls LLC<br>Washington Mutual/JP Morgan Chase<br>account x 8412 | | Disc |
| 412 | Medcare Housecalls LLC<br>JP Morgan Chase account x8519 | | Disc |
| 413 | Apple of Your Eye Inc dba Apple of Your Eye<br>Healthcare Services Inc<br>JP Morgan Chase account x2253 | | Disc |
| 414 | Apple of Your Eye, Inc<br>Bank of America account x6719 | | Disc |
| 415 | Apple of Your Eye, Inc/Wilbert J Veasey Jr<br>Bank of America account x0356 | | Disc |
| 416 | Apple of Your Eye, Inc/Wilbert J Veasey Jr<br>Bank of America account x6214 | | Disc |
| 417 | Apple of Your Eye, Inc Medicaid Acct<br>Bank of America account x6939 | | Disc |
| 418 | Apple of Your Eye Inc Medicaid Account II<br>Bank of America account x5867 | | Disc |
| 419 | Apple of Your Eye Inc Medicaid 4<br>Bank of America account x8262 | | Disc |
| 420 | Apple of Your Eye Inc Medicare Payroll<br>Bank of America account x5281 | | Disc |
| 421 | Apple of Your Eye Inc Medicare Payroll<br>Bank of America account x1005 | | Disc |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---------|-------------|---------|----------|
| 422 | Apple of Your Eye Inc Medicare Payroll Bank of America account x8671 | | Disc |
| 423 | Apple of Your Eye Inc Depository Account Bank of America account x2340 | | Disc |
| 424 | Apple of Your Eye Inc JP Morgan Chase account x6765 | | Disc |
| 425 | Apple of Your Eye Inc JP Morgan Chase account x6766 | | Disc |
| 426 | Apple of Your Eye Inc Bank of America account x1290 | | Disc |
| 427 | Apple of Your Eye Inc JP Morgan Chase account x2261 | | Disc |
| 428 | Apple of Your Eye Inc Bank of America account x4494 | | Disc |
| 429 | Apple of Your Eye Inc Bank of America account x5322 | | Disc |
| 430 | Apple of Your Eye Inc Bank of America account x5335 | | Disc |
| 431 | Apple of Your Eye Inc Bank of America account x8615 | | Disc |
| 432 | Apple of Your Eye Inc JP Morgan Chase account x9136 | | Disc |
| 433 | Cynthia D Stiger Bank of America account x3721 | | Disc |
| 434 | Cynthia D Stiger Bank of America account x8588 | | Disc |
| 435 | Cynthia D Stiger Bank of America account x1669 | | Disc |
| 436 | Wilbert J Veasey Jr Bank of America account x9673 | | Disc |
| 437 | Wilbert J Veasey Jr Bank of America account x9078 | | Disc |
| 438 | Wilbert J Veasey Jr JP Morgan Chase account x1665 | | Disc |
| 439 | Charry Health Care Services Inc BBVA Compass Bank account x8253 | | Disc |
| 440 | Cyprian Inc dba Ultimate Care Home Health Services Bank of America account x9747 | | Disc |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 441 | Cyprian Inc dba Ultimate Care Home Health Services<br>Bank of America account x0011 | | Disc |
| 442 | Cyprian Inc dba Ultimate Care Home Health Services CBA/PHC Program<br>Bank of America account x0024 | | Disc |
| 443 | Cyprian Inc dba Ultimate Care Home Health Services CBA/PHC Program<br>Bank of America account x2835 | | Disc |
| 444 | Cyprian Inc dba Ultimate Care Home Health Services CBA/PHC Program<br>Bank of America account x3153 | | Disc |
| 445 | JIPACT LLC<br>BBVA Compass Bank account x8110 | | Disc |
| 446 | Tender Touch Home Health Agency Inc<br>BBVA Compass Bank account x9903 | | Disc |
| 447 | Bank record excerpts – Indictment counts | | |
| 448 | Bank record excerpts – Checks from Ultimate to Dr. Roy | | |
| | SUMMARY CHARTS | | |
| 449 | Keeping Apple Afloat | | |
| 450 | Significant Payees from Apple of Your Eye Bank Accounts | | |
| 451 | Apple of Your Eye Cash Withdrawals By Year | | |
| 452 | Cynthia Stiger Profits | | |
| 453 | Wilbert Veasey Profits | | |
| 454 | Donations to Churches Out of Apple and Wilbert Veasey Accounts | | |
| 455 | Apple of Your Eye Signature Analysis | | |
| 456 | Examples of Personal Expenses Paid Out of Charry Accounts | | |
| 457 | Jacques Roy Profits | | |
| 458 | Medistat Deposit Analysis (January 2006 through August 2011) | | |
| 459 | Charry Home Care Services, Inc. Deposits Analysis (May 2007 through March 2011) | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 460 | Medcare Housecalls Deposit Analysis (June 2011 through September 2012) | | |
| 461 | Apple of Your Eye Deposits Analysis (January 2006 through August 2011) | | |
| 462 | Charry Home Care Services Medicare Claims Medistat vs Non Medistat Physicians (June 2010 – June 2011) | | |
| 463 | Apple of Your Eye, Inc. Medicare Claims Submission Medistat vs Non Medistat (April 2006 through July 2011) | | |
| 464 | Ultimate Medicare Claims Submission Medistat Physicians vs Non Medistat (January 2006 – December 2010) | | |
| 465 | Medcare: Medicare Claims Billing Analysis By Year | | |
| 466 | Medcare Claims Analysis Comparison Between May and June 2011 | | |
| 467 | Percent to Total Analysis of Charry Data | | |
| 468 | Apple of Your Eye, Inc. Longest Consecutive Medistat Beneficiaries on Home Health | | |
| 469 | Dr. Roy Patient Per Day Analysis Medistat Part B Billing January 2006 through August 2011 | | |
| 470 | Dr. Roy # of G Codes Billed on Christmas Day | | |
| 471 | Dr. Roy Medicare Claims Submission During Certain Dates He Was Out of the Country | | |
| 472 | # of Days Per Month a G Code Bill was Generated to Medicare Under Dr. Roy | | |
| 473 | Dr. Roy Top 25 Days for G Code Billing | | |
| 474 | Medistat Claims Analysis on Select Procedure Codes Average Allowed by Year | | |
| 475 | Apple Cash Calendar | | |
| 476 | Medistat 485 Review | | |
| | MEDICAID | | |
| 477 | 2004 Medicaid manual | | Disc |
| 478 | 2005 Medicaid manual | | Disc |
| 479 | 2006 Medicaid manual | | Disc |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---------|-------------|---------|----------|
| 480 | 2007 Medicaid manual | | Disc |
| 481 | 2008 Medicaid manual | | Disc |
| 482 | 2009 Medicaid manual | | Disc |
| 483 | 2010 Medicaid manual | | Disc |
| 484 | 2011 Medicaid manual | | Disc |
| 485 | 2012 Medicaid manual | | Disc |
| 486 | Medicaid claims data for Medistat | | Disc |
| 487 | Medicaid claims data for Apple | | Disc |
| 488 | Medicaid claims data for Ultimate | | Disc |
| 489 | Medicaid claims data for Medcare | | Disc |
| | PHONE DOWNLOAD REPORTS | | |
| 490 | Jacques Roy phone download report | | Disc |
| 491 | Cynthia Stiger phone download report | | Disc |
| | 485s | | |
| 492 | Medistat 485s | | Disc |
| | PHOTOGRAPHS | | |
| 493 | Driver's License photos of witnesses | | |
| | BUSINESS RECORD CERTIFICATIONS | | |
| 494 | Lufthansa German Airlines certification for Exhibit 83 | | |
| 495 | U.S. Customs and Border Protection certification for Exhibit 84 | | |
| 496 | Parkland certifications for Exhibits 137, 142, 146, 150, 164, 171, 177, 183, 194, 197 | | |
| 497 | DART certifications for Exhibits 138, 151, 167, 179 | | |
| 498 | DaVita certification for Exhibit 155 | | |
| 499 | Elite Orthopedics/Michael Muncy, DO certification for Exhibit 159 | | |
| 500 | Texas Workforce Commission certification for Exhibit 160 | | |
| 501 | Timberlawn certification for Exhibit 165 | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 502 | Dallas Sheriff's Department certification for Exhibit 173 | | |
| 503 | Management Services International/Quebec Corporate, Ltd/Cheshire, Ltd certification for Exhibits 213-214 | | |
| 504 | Allianz Life Insurance Company certification for Exhibit 215 | | |
| 505 | American Equity Investment Life Insurance Company certification for Exhibit 216 | | |
| 506 | SEI Private Trust Company certification for Exhibit 217 | | |
| 507 | National Life Insurance Company/Life Insurance Company of the Southwest certification for Exhibit 218 | | |
| 508 | PacificLife Insurance Company certification for Exhibit 219 | | |
| 509 | Jackson National Life Insurance Company certification for Exhibit 220 | | |
| 510 | Elite Video Productions certification for Exhibit 288 | | |
| 511 | KDFW Fox 4 certification for Exhibits 289 and 291 | | |
| 512 | Texas Medical Board certification for Exhibit 312 | | |
| 513 | Bank of America certifications for Exhibits 405-407, 410, 414-423, 426, 428-431, 433-437, 440-444 | | |
| 514 | Capital One certifications for Exhibit 408 | | |
| 515 | JPMorgan Chase Bank certifications for Exhibits 409, 411-413, 424-425, 427, 432, 438 | | |
| 516 | BBVA Compass certifications for Exhibits 439, 445-446 | | |
| 517 | Electronically seized evidence report for Exhibits 35-41, 102, 119, 134, 140, 144, 148, 153, 157, 162, 169, 175, 181, 190, 199 (Jesse Hartman) | | |
| 518 | Electronically seized evidence report for Exhibits 20-34, 90, 104-105, 109, 492 (Brian Huber) | | |

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 519 | Medicare/ZPIC certification for Exhibits _____ | | |
| 520 | Medicare/CMS certification for Exhibits _____ | | |

[Nothing further on this page.]

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ P.J. Meitl
P.J. MEITL
Assistant United States Attorney
D.C. Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8809
Email: philip.meitl@usdoj.gov

/s/ Nicole Dana
NICOLE DANA
Special Assistant United States Attorney
Texas State Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8694
Facsimile: 214.659.8805
Email: nicole.dana@usdoj.gov

/s/ Chad E. Meacham
CHAD E. MEACHAM
Criminal Chief
Texas State Bar No. 00784584
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8716
Facsimile: 214.767.4100
Email: chad.meacham@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

On February 15, 2016, I electronically submitted the following document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Criminal Procedure 49(b).

*/s/ Nicole Dana*
Nicole Dana
Special Assistant United States Attorney