IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| Plaintiff, | § |
| v. | § No. 3-12-CR-00054 |
| | § |
| CYNTHIA STIGER | § |
| | § |
| Defendant. | § |
| | § |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Larry E. Jarrett, and herein provides notice of his representation of the above named defendant.

Mr. Jarrett certifies that he is licensed to practice law in the State of Texas, and is presently a member in good standing of the Bar of the United States District Courts of the Northern District of Texas.

Respectfully submitted,

/S/ Larry E. Jarrett
LARRY E. JARRETT
P.O. Box 450487
Garland, Texas  75045
972.972.896.4462
972.496.6394 facsimile
larry.jarrett@yahoo.com
Texas Bar No. 10583500