IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| v. | § | No. 3-12-CR-00054 |
| | § | |
| CYNTHIA STIGER | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR SUBSTITUTION OF COUNSEL AND REQUEST FOR HEARING ON THE MOTION

TO THE HONORABLE JUDGE:

COMES NOW LARRY E. JARRETT, attorney at law, and moves this Court to conduct a hearing to determine whether Jarrett can be substituted into this case as a CJA attorney to represent defendant Stiger. Jarrett certifies that he is presently a member of the Northern District CJA Panel, and is in good standing.

Respectfully submitted,

/s/ CYNTHIA STIGER
CYNTHIA STIGER

/S/ Larry E. Jarrett
LARRY E. JARRETT
P.O. BOX 450487
Garland, Texas 75045
972.437.3801
972.496.6394 facsimile
larry.jarrett@yahoo.com
Texas Bar No. 10583500

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing has been electronically filed in this case and will be immediately available to the government counsel of record on April 25, 2016.

                                /s/ Larry E. Jarrett
                                LARRY E. JARRETT

## CERTIFICATE OF CONFERENCE

      This is to certify that both the government's attorney and attorney Jeffery Grass, were contacted, and neither counsel interposed an objection to the foregoing motion.

                                /s/ Larry E. Jarrett
                                LARRY E. JARRETT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| v. | § | No. 3-12-CR-00054 |
| | § | |
| CYNTHIA STIGER | § | |
| | § | |
| Defendant. | § | |

### **ORDER**

Came on April _____, 2016, the Defendant's Motion for Substitution of Counsel, and the Court finding that the Motion is meritorious, the Court grants the Defendant's request to hold a hearing on the Defendant's Motion for Substitution of Counsel.

SO ORDERED: _____

UNITED STATES DISTRICT COURT JUDGE