IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:12-CR-054-L |
| | § | |
| CYNTHIA STIGER (02) | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), Defendant's Motion for Substitution of Counsel and Request for Hearing on the Motion, filed April 25, 2016, is hereby **referred** to United States Magistrate Judge **Irma Carrillo Ramirez** for hearing, if necessary, and determination.

**It is so ordered** this 28th day of April, 2016.

Sam A. Lindsay
United States District Judge

Order - Solo Page