**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | NO. 3:12-CR-054-L |
| | § | |
| **CYNTHIA STIGER (02)** | § | |

## ORDER

Pursuant to the orders of reference dated April 28, 2016 and May 9, 2016, before the Court for determination are the *Motion for Substitution of Counsel and Request for Hearing*, filed April 25, 2016 (doc. 814); and *Counsel for Defendant Cynthia Stiger's Motion to Withdraw*, filed May 7, 2016 (doc. 818).

A hearing has been scheduled for **Friday, May 20, 2016, at 9:00 a.m.** in courtroom 1566. **Counsel for all parties must confirm their attendance at least two days prior to the hearing by contacting Courtroom Deputy Marie Castañeda at (214) 753-2167.** Failure to confirm or to attend the hearing without obtaining permission of the Court will result in appropriate sanctions.

**SO ORDERED** on this 11th day of May, 2016.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE