IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:12-CR-054-L |
| | § | |
| CYNTHIA STIGER (02) | § | |

## ORDER RESETTING SENTENCING HEARING

The court hereby **resets** the sentencing hearing, previously set in this case for Defendant Cynthia Stiger, for Wednesday, November 2, 2016, to **Friday, December 16, 2016**, at **2:00 p.m.** *Counsel are directed to advise all interested persons that this matter has been reset.* All other portions of the court's Amended Sentencing Scheduling Order remain in effect.

**It is so ordered** this 15th day of September, 2016.

_____
Sam A. Lindsay
United States District Judge

Solo Page